## BINDER v YOUNGSTOWN MUNICIPAL RY CO

Ohio Supreme Court

No 22954. Decided April 20, 1932

Marshall, CJ, Jones, Day, Allen, Kinkade and Stephenson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## STATE ex HARSHA v TROXEL

Ohio Supreme Court

No 23474. Decided April 20, 1932

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**